**Order entered June 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00237-CV

## JAY SANDON COOPER AND TERESA WARD COOPER, Appellants

### V.

## THE STATE OF TEXAS, ET AL., Appellees

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-00043-2014**

## ORDER

We **GRANT** appellants' June 29, 2015 motion to extend time to file brief and **ORDER** the brief be filed no later than July 6, 2015. Appellants are cautioned that no further extensions will be granted absent exigent circumstances and failure to comply will result in dismissal of the appeal without further notice.

We **DENY** appellees' June 16, 2015 motion to dismiss appeal for want of prosecution.

/s/      CRAIG STODDART
          JUSTICE